IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT CROOK**                                                                                          **PLAINTIFF**

v.                             Case No. 4:22-cv-00404-LPR

**MARK GOBER**, Sheriff, Drew County; and
**SUSAN POTTS**, Jail Administrator, Drew County                     **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("RD") from United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the RD and the record, the Court adopts the RD in its entirety.[1]

Accordingly, the Complaint (Doc. 2) is dismissed without prejudice for failing to state a claim upon which relief may be granted. It is recommended that, in the future, this dismissal be counted as a strike for purposes of 28 U.S.C. § 1915(g). Finally, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not in good faith.

IT IS SO ORDERED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The RD was returned as undeliverable. Doc. 5. Mr. Crook is apparently no longer at the Drew County Detention Facility. It is Mr. Crook's responsibility to keep the Court apprised of his current address. His failure to do so is another reason to dismiss this case.