IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT CROOK**                                                                                **PLAINTIFF**

v.                            Case No. 4:22-cv-00404-LPR

**MARK GOBER, Sheriff, Drew County; and**
**SUSAN POTTS, Jail Administrator, Drew County**            **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is considered, ordered, and adjudged that Plaintiff's claims are dismissed and this case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE